## Eglin's 30th Street Garage Corporation, Appellant, *v.* Bulletin Company.

Argued May 3, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Jerome E. Bogutz,* with him *Lawrence Mazer, Norman Mittman,* and *Bogutz and Mazer,* for appellant.

*John H. Lewis, Jr., Seymour Kurland, Leon E. Sperling,* with them *Morgan, Lewis & Bockius,* and *Wolf, Block, Schorr & Solis-Cohen,* for appellees.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Costs on appellant.
Mr. Justice JONES took no part in the consideration or decision of this case.